**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-2001**

---

In re:  TONY ALFORENZO WALKER,

          Petitioner.

---

On Petition for Writ of Mandamus.  (2:93-cr-00084-AWA-1)

---

Submitted:  October 19, 2017          Decided:  December 7, 2017

---

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Tony Alforenzo Walker, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Alforenzo Walker petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his Fed. R. Civ. P. 60(b) motion for relief from the court's judgment dismissing Walker's 28 U.S.C. § 2255 (2012) motion as untimely. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Walker's Rule 60(b) motion on October 16, 2017. *United States v. Walker*, No. 2:93-cr-00084-AWA-1 (E.D. Va. Oct. 16, 2017). Because the district court has recently decided Walker's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*